Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

FILED

# UNITED STATES DISTRICT COURT
for the

District of Montana

AUG - 1 2025



Clerk, U.S. Courts
District Of Montana
Billings Division

_____ Division

See Attached
_____
*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

See Attached
_____
*Defendant(s)*
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names. Do not include addresses here.)

Case No. _____
(to be filled in by the Clerk's Office)

Jury Trial: *(check one)* ✔ Yes  ☐ No

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

Michael J. Gomez as parent of L.K.G., a minor

Plaintiffs

Officer Christopher Thiel in his Official, and individual capacity, City of Billings, a municipal corperation

Defandants

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Michael J. Gomez Parent of L.K.G.
Address: 41 Prince of Wales dr.
Billings    MT    59005
City    State    Zip Code

County: Yellowstone
Telephone Number: 406-855-8337
E-Mail Address: atlanta_4ws@gmail.com

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
Name: Christopher Thiel
Job or Title (if known): SRO
Address: 220 N. 27th St.
Billings    MT    59101
City    State    Zip Code

County: Yellowstone
Telephone Number: (406)-657-8200 / (406)-281-5303
E-Mail Address (if known): thielc@billingsschools.org

[✓] Individual capacity    [✓] Official capacity

Defendant No. 2
Name: City of Billings
Job or Title (if known): Municipality
Address: 316 N 26th St
Billings    MT    59101
City    State    Zip Code

County: Yellowstone
Telephone Number: (406)-657-8205
E-Mail Address (if known):

[ ] Individual capacity    [✓] Official capacity

Page 2 of 6

Defendant No. 3
   Name
   Job or Title *(if known)*
   Address

   City   State   Zip Code

   County
   Telephone Number
   E-Mail Address *(if known)*

   ☐ Individual capacity   ☐ Official capacity

Defendant No. 4
   Name
   Job or Title *(if known)*
   Address

   City   State   Zip Code

   County
   Telephone Number
   E-Mail Address *(if known)*

   ☐ Individual capacity   ☐ Official capacity

II. **Basis for Jurisdiction**

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.   Are you bringing suit against *(check all that apply)*:

   ☐ Federal officials (a *Bivens* claim)

   ☑ State or local officials (a § 1983 claim)

B.   Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

First, fourth, fifth, and fourteenth amendments

C.   Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

Officer Thiel unlawfully arrested LKG During school hours for exercising her 1st amendment right. Thiel also generated a report and submitted it to the school to use in a dicinplinary hearing.

## III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

Skyview Highschool Billings MT 59105

B. What date and approximate time did the events giving rise to your claim(s) occur?

12-18-2023 at or around 9:00 AM

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

LKG was detained in hand cuffs during school hours for violating school policy. (No charges filed) Transported to the Billings clinic psyc. center. a Report generated By both Thiel and Isaih welch were written and presented to the SD2 diciplinary hearing.
Susan Dirks, Isaiah welch, Officer Thiel

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Almost full on mental health break down of a minor child. Admitted to a psyc center for three days including LKG's 16th birthday. PTSD and Fear of Police police and their presance. More mental health outbursts than normal. an almost year long expulsion from Billings Public Schools to which we appealed and ended up getting reversed.

## V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

$360,000 (The ammount of the wages LKG would lose in a lifetime without a diploma)

$200,000 (false arrest and creating a mental health problem)

$1,000,000 (providing a false report to the school district, effecting a tresspass and expulsion from SD2. Preventing many great childhood passtimes such as 16th birthday, school dances, scocializing, yearbook photos, advancement to college, LKG's persuit of Happyness)

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 8-1-2025

Signature of Plaintiff

Printed Name of Plaintiff: Michael J. Gomez

### B. For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Address

|  | City | State | Zip Code |

Telephone Number

E-mail Address